JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS H., | Case No. ED CV 20-1155-E |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the "Order of Dismissal," this action is dismissed without prejudice.

DATED:  February 9, 2026



_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE